92 F.3d 1171
 Douglas G. Hall, Arthur R. Clark
v.
United Association of Journeymen and Apprentices of Plumbing
and Pipe Fitting Industry of U.S., Canada, Steamfitters
Local Union No. 449, United Association of Journeymen and
Apprentices of Plumbing and Pipe Fitting Industry of U.S.,
Canada, Mechanical Contractors Association of Western
Pennsylvania, Inc., Local 449; Douglas G. Hall, Arthur R.
Clark v. United Association of Journeymen and Apprentices of
Plumbing and Pipe
 NOS. 95-3360, 95-3403
 United States Court of Appeals,
Third Circuit.
 July 08, 1996
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 VACATED.